

# NUMBER 13-14-00131-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MICHAEL ALANIS TORRES

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Rodriguez, Garza, and Perkes**
**Order Per Curiam**

Relator, Michael Alanis Torres, filed a petition for writ of mandamus on February 27, 2014, through which he seeks to compel the trial court to grant a motion for nunc pro tunc judgment seeking to correct the credit for the amount of time relator has spent incarcerated. The Court requests the real party in interest, the State of Texas, acting by and through the District Attorney for Hidalgo County, Texas, to file a response to the petition for writ of mandamus on or before the expiration of ten days from today's date. *See* TEX. R. APP. P. 52.8(b).

IT IS SO ORDERED.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed the
28th day of February, 2014.